IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GUY DON MINZE,** | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Civil Action No. **3:17-CV-2320-L** |
| | § | |
| **ADAM KING; ABEL FLORES; and** | § | |
| **JESSICA PORTER,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On May 28, 2019, the United States Magistrate Judge entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report"), recommending that the court grant Defendant Sheriff Adam King's ("King") Opposed Motion for Entry of Final Judgment (Doc. 66), filed January 8, 2019, and enter a final judgment as to Defendant King. Although the motion is opposed, no objections to the Report were filed.

After carefully reviewing the motion, file, record in this case, and Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. As noted in the Report, the court dismissed without prejudice all claims asserted by Plaintiff against King on December 3, 2018. As a result, no claims against King remain, and the court expressly determines, pursuant to Federal Rule of Civil Procedure 54(b), that there is no just reason to delay the entry of final judgment in this case as to him. Accordingly, the court **grants** Defendant Sheriff Adam King's ("King") Opposed Motion for Entry of Final Judgment (Doc. 66) and **directs** the clerk of the court to enter a final judgment as to him.

**It is so ordered** this 31st day of July, 2019.

Sam A. Lindsay
United States District Judge