### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| **GUY DON MINZE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-2320-L** |
| | § | |
| **ADAM KING, ABEL FLORES, and** | § | |
| **JESSICA PORTER,** | § | |
| | § | |
| Defendants. | § | |

## ORDER

On December 11, 2019, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report"), recommending that the action against Defendant Jessica Porter be dismissed without prejudice pursuant to Federal Rule of Civil Procedure 4(m) for Plaintiff Guy Don's Minze's ("Plaintiff") failure to effect service on her. No objections were filed to the Report.

Having reviewed the pleadings, file, record in this case, and the Report, the court determines that the findings and conclusions of the magistrate judge are correct, and **accepts** them as those of the court. Accordingly, the court **dismisses without prejudice** this action pursuant to Federal Rules of Civil Procedure 4(m) against Defendant Jessica Porter only for Plaintiff's failure to effect service on her.

**It is so ordered** this 6th day of January, 2020.

Sam A. Lindsay
United States District Judge

**Order – Solo Page**