IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **GUY DON MINZE,** | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Civil Action No. **3:17-CV-2320-L** |
| | § | |
| **ADAM KING; ABEL FLORES; and** | § | |
| **JESSICA PORTER,** | § | |
| | § | |
| Defendants. | § | |

**ORDER**

Before the court is Defendant Abel Flores's Motion for Summary Judgment (Doc. 97), filed June 17, 2020.  On January 6, 2021, United States Magistrate Judge Rebecca Rutherford entered the Findings, Conclusions, and Recommendation of the United States Magistrate Judge ("Report") (Doc. 99), recommending that the court grant the motion and **dismiss with prejudice** Plaintiff's Guy Don Minze's ("Minze") claims against Flores.  Minze filed no objections to the Report, and the deadline to file objections has expired.

After careful review of the Report, record, and appliable law, the court **determines** that the findings and conclusions in the Report are correct, and accepts them as those of the court. Accordingly, the court **grants** Defendant Abel Flores's Motion for Summary Judgment and **dismisses with prejudice** this action against him.

On June 31, 2019, the court dismissed without prejudice this action against Defendant Adam King (Doc. 76) and also issued a final judgment in his favor (Doc. 77).  Further, on January 6, 2020, the court dismissed without prejudice this action against Defendant Jessica Porter pursuant to Federal Rule of Civil Procedure 4(m) because Minze failed to effect service on her.  Moreover,

Order – Page 1

because the court granted Defendant Abel Flores's Motion for Summary Judgment (Doc. 97), it

**denies as moot** Defendant's Motion for Leave to Designate Responsible Third Parties (Doc. 96).

Finally, in light of the rulings herein made, the court **directs** the clerk of court to close this case.

      **It is so ordered** this 31st day of January, 2021.


_____

Sam A. Lindsay
United States District Judge

**Order – Page 2**